**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13
    Keer, Timothy John
    Keer, Clara M.
        Debtors                          : 16-10933 jkf

## CERTIFICATE OF SERVICE

    I certify that on  August 23, 2016 , I mailed by regular first class mail and/or by electronic means, a copy of the Debtors' Motion to Avoid Lien Impairing Exemption-Judicial Lien and Order Requiring Answer and Notice of Hearing to Consider Motion to the parties listed below..

Dated: August 23, 2016

                        "/s/" Mitchell J. Prince
                        John L. McClain, Esquire
                        Mitchell J. Prince, Esquire
                        Attorneys for debtors

**JOHN L. MCCLAIN & ASSOCIATES, PC**
**ATTORNEYS AT LAW**
**P.O. Box 123**
**Narberth, PA 19072**

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Unifund CCR LLC
c/o Raymond Kessler, Esquire
 644 Bloom Street
Danville, PA 17821.

**Unifund CCR LLC**
**10625Techwoods Circle**
**Cincinnati, OH 45242**
**ATTN: David G. Rosenberg, CEO**

Keer, Timothy John
Keer, Clara M.
921 Haldeman Rd
Schwenksville, PA 19473