IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : Chapter 13
    Keer, Timothy John
    Keer, Clara M.
        Debtors                               : 16-10933 jkf

## ORDER

The motion of the above-named debtors to avoid the judicial lien, if any, of the respondent, Unifund CCR LLC is granted.

To the extent that the respondent's lien is a judicial lien that impairs the exemption of the debtor in property of the debtor described as follows: Residence located 921 Haldeman Rd, Schwenksville, PA 19473, it is avoided under 11 USC Section 522 (f) upon completion of the case.

Dated: 9/21/16

_____
Bankruptcy Judge

JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Unifund CCR LLC
c/o Raymond Kessler, Esquire
644 Bloom Street
Danville, PA 17821.

**Unifund CCR LLC**
**10625Techwoods Circle**
**Cincinnati, OH 45242**
**ATTN: David G. Rosenberg, CEO**

Keer, Timothy John
Keer, Clara M.
921 Haldeman Rd
Schwenksville, PA 19473