United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10933-jkf
Timothy John Keer                                                         Chapter 13
Clara M. Keer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Sep 21, 2016
                        Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2016.
db/jdb         +Timothy John Keer,    Clara M. Keer,    921 Haldeman Rd,    Schwenksville, PA 19473-2106
               +Unifund CCR LLC,    c/o Raymond Kessler, Esq.,    644 Bloom Street,    Danville, PA 17821-1630
13674400       +Unifund CCR LLC,    10625Techwoods Circle,    Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2016 at the address(es) listed below:
      JOHN L. MCCLAIN    on behalf of Joint Debtor Clara M. Keer aaamcclain@aol.com,
       edpabankcourt@aol.com
      JOHN L. MCCLAIN    on behalf of Debtor Timothy John Keer aaamcclain@aol.com,    edpabankcourt@aol.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                         TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Keer, Timothy John
    Keer, Clara M.
        Debtors : 16-10933 jkf

## ORDER

    The motion of the above-named debtors to avoid the judicial lien, if any, of the respondent, Unifund CCR LLC is granted.

    To the extent that the respondent's lien is a judicial lien that impairs the exemption of the debtor in property of the debtor described as follows: Residence located 921 Haldeman Rd, Schwenksville, PA 19473, it is avoided under 11 USC Section 522 (f) upon completion of the case.

Dated: 9/21/16

                              Bankruptcy Judge

JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Unifund CCR LLC
c/o Raymond Kessler, Esquire
644 Bloom Street
Danville, PA 17821.

**Unifund CCR LLC**
**10625Techwoods Circle**
**Cincinnati, OH 45242**
**ATTN: David G. Rosenberg, CEO**

Keer, Timothy John
Keer, Clara M.
921 Haldeman Rd
Schwenksville, PA 19473