# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy John Keer<br>Clara M. Keer<br>                Debtors | CHAPTER 13 |
| Ditech Financial LLC<br>                Movant<br>vs.<br>Timothy John Keer<br>Clara M. Keer<br>                Debtors<br>William C. Miller<br>                Trustee | NO. 16-10933 ELF |

## MOTION FOR EXTENSION OF TIME TO FILE STIPULATION

Movant, through their attorney, KML Law Group, P.C., hereby requests an extension due to the reasons as stated below;

1. The Deadline to file the Stipulation is currently scheduled for January 11, 2018.
2. The parties are attempting to settle on the terms and will require additional time before the pleading can be filed.
3. Both Movant and Respondent concur to this request.

WHEREFORE, Movant requests that the filing deadline be extended to January 25, 2018.

January 11, 2018

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 627-7734
Attorney for Movant/Applicant

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy John Keer<br>Clara M. Keer<br><br>                    <u>Debtors</u><br><br>Ditech Financial LLC<br><br>                    <u>Movant</u><br>    vs.<br><br>Timothy John Keer<br>Clara M. Keer<br><br>                    <u>Debtors</u><br><br>William C. Miller<br><br>                    <u>Trustee</u> | CHAPTER 13<br>BK NO: 16-10933 ELF |

### ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to .

By the court:

Dated:

_____<br>United States Bankruptcy Judge