**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Timothy John Keer<br>Clara M. Keer<br><u>Debtors</u> | CHAPTER 13<br>BK NO: 16-10933 ELF |
| Ditech Financial LLC<br><u>Movant</u><br>vs. | |
| Timothy John Keer<br>Clara M. Keer<br><u>Debtors</u> | |
| William C. Miller<br><u>Trustee</u> | |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to .

By the court:

Dated:                                          _____

United States Bankruptcy Judge