**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Timothy John Keer<br>Clara M. Keer<br>      <u>Debtors</u><br><br>Ditech Financial LLC<br>      <u>Movant</u><br>vs.<br><br>Timothy John Keer<br>Clara M. Keer<br>      <u>Debtors</u><br><br>William C. Miller<br>      <u>Trustee</u> | CHAPTER 13<br>BK NO: 16-10933 ELF |

**ORDER GRANTING EXTENSION**

Upon consideration of Ditech Financial LLC's motion requesting an extension of time to file the settlement stipulation in connection with its prior Motion (Doc. # 47), it is hereby **ORDERED** that the Motion is **GRANTED** and the deadline to file the Stipulation is **EXTENDED** to **January 25, 2018**.

Date: 1/12/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**