United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-10933-elf
Timothy John Keer                                                     Chapter 13
Clara M. Keer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Jan 12, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
db/jdb         +Timothy John Keer,    Clara M. Keer,    921 Haldeman Rd,    Schwenksville, PA 19473-2106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Joint Debtor Clara M. Keer aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Timothy John Keer aaamcclain@aol.com,   edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC KMcDonald@blankrome.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Timothy John Keer<br>Clara M. Keer<br>　　　　　　Debtors<br><br>Ditech Financial LLC<br>　　　　　　Movant<br>　vs.<br><br>Timothy John Keer<br>Clara M. Keer<br>　　　　　　Debtors<br><br>William C. Miller<br>　　　　　　Trustee | CHAPTER 13<br>BK NO: 16-10933 ELF |

**ORDER GRANTING EXTENSION**

Upon consideration of Ditech Financial LLC's motion requesting an extension of time to file the settlement stipulation in connection with its prior Motion (Doc. # 47), it is hereby **ORDERED** that the Motion is **GRANTED** and the deadline to file the Stipulation is **EXTENDED** to **January 25, 2018**.

Date:  1/12/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**