**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Keer, Timothy John
    Keer, Clara M.
        Debtor(s) : 16-10933

:

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this _____ day of _____ 2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Car Vision to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

    BY THE COURT

_____  1/26/18
JUDGE

Car Vision
2626 West Main Street
Trooper, PA 19403

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Keer, Timothy John
Keer, Clara M.
921 Haldeman Rd
Schwenksville, PA 19473

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106