United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-10933-elf
Timothy John Keer                                                   Chapter 13
Clara M. Keer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP          Page 1 of 1          Date Rcvd: Jan 29, 2018
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db/jdb          +Timothy John Keer,    Clara M. Keer,    921 Haldeman Rd,    Schwenksville, PA 19473-2106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                           Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
          JOHN L. MCCLAIN    on behalf of Joint Debtor Clara M. Keer aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Debtor Timothy John Keer aaamcclain@aol.com,  edpabankcourt@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC KMcDonald@blankrome.com
          KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC KMcDonald@blankrome.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Timothy John Keer<br>Clara M. Keer<br>      <u>Debtors</u> | CHAPTER 13 |
| Ditech Financial LLC<br>      <u>Movant</u><br>      vs. | NO. 16-10933 ELF |
| Timothy John Keer<br>Clara M. Keer<br>      <u>Debtors</u> | 11 U.S.C. Section 362 |
| William C. Miller.<br>      <u>Trustee</u> | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is

**$14,248.47,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | June 2017 through January 2018 at $2,013.75/month |
| Suspense Balance: | $1,861.53 |
| **Total Post-Petition Arrears** | **$14,248.47** |

2.      The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on February 1, 2018  and continuing through January 1, 2019 , until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$2,013.75** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,187.38 for the months of February through December 2018 and $1,187.29 for the month of January 2019** towards the arrearages on or before the last day of each month at the address below;

Ditech Financial LLC F/K/A Green Tree Servicing LLC

P.O. Box 0049

Palatine, IL 60055-0049

b).      Maintenance of current monthly mortgage payments to the Movant thereafter.

3.      Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

*Keer - Bky#16-10933*

4.    In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice.  If Debtor(s) should fail to cure the default within FIFTEEN (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.    If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.    The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.    The parties agree that a facsimile signature shall be considered an original signature.

Date:    January 8, 2017

By: /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734

Date:    1/24/18

John L. McClain    Mitchell J. Prince ESQ
Attorney for Debtors

Date:    1/25/2018

William C. Miller
Chapter 13 Trustee

*NO OBJECTION*
*without prejudice to any trustee rights or remedies*

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

Date: 1/22/2018

Keer, Timothy John        Keer, Clara M.

# O R D E R

The foregoing Stipulation is **APPROVED**.

Date:  1/29/18

_____

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**