# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-10933-ELF

TIMOTHY JOHN KEER
CLARA M. KEER
921 Haldeman Rd

Schwenksville, PA 19473

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TIMOTHY JOHN KEER
    CLARA M. KEER
    921 Haldeman Rd

    Schwenksville, PA 19473

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                                            /S/ William C. Miller

Date: 7/17/2018                                     _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee