United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-10933-elf
Timothy John Keer                                              Chapter 13
Clara M. Keer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP          Page 1 of 2              Date Rcvd: Aug 22, 2018
                           Form ID: pdf900       Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
```
db/jdb      +Timothy John Keer,   Clara M. Keer,   921 Haldeman Rd,   Schwenksville, PA 19473-2106
cr          +DITECH FINANCIAL LLC,   14841 Dallas Parkway Suite 300,   Dallas, Tx 75254-7883
cr          +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 425,   Dallas, TX 75254-8067
13674394     GREENTREE SERVICING LLC/ Ditech,   345 ST. PETER STREET,   1100 LANDMARK TOWERS,
             ST. PAUL, MN 55102
13674395    +John L. McClain and Associates,   PO Box 123,   Narberth, PA 19072-0123
13674396    +KML Law Group, PC,   701 Market Street,   Philadelphia, PA 19106-1538
13674397    +Raymond Kessler, Esquire,   644 Bloom Street,   Danville, PA 17821-1630
13685713   ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
             (address filed with court: Snap-on Credit, LLC,   950 Technology Way, Suite 301,
             Libertyville, IL 60048)
13674398    +Snap On Crdt,   Attn: Bankruptcy,   950 Technology Way Suite 301,
             Libertyville, Il 60048-5339
13674400    +Unifund CCR LLC,   10625Techwoods Circle,   Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:25    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2018 01:54:02
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2018 01:54:18    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2018 01:59:00    Synchrony Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13674391    +E-mail/PDF: creditonebknotifications@resurgent.com Aug 23 2018 01:58:47    Credit One Bank Na,
             PO Box 98873,   Las Vegas, NV 89193-8873
13674392    +E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2018 01:53:52    Ditech Financial LLC,
             PO Box 6172,   Rapid City, SD 57709-6172
13755201     E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2018 01:53:52    Ditech Financial LLC,
             P.O. Box 6154,   Rapid City, SD 57709-6154
13674393    +E-mail/Text: rmc-bluestem@quantum3group.com Aug 23 2018 01:54:34    Fingerhut,
             6250 Ridgewood Rd,   St Cloud, MN 56303-0820
13748062     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2018 01:58:47
             LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14036132     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2018 01:58:46
             LVNV Funding, LLC its successors and assigns as as,   PO Box 10587,
             Greenville, SC  29603-0587
13725548    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2018 01:54:10    Midland Funding LLC,
             PO Box 2011,   Warren MI 48090-2011
13740024     E-mail/Text: bnc-quantum@quantum3group.com Aug 23 2018 01:53:55
             Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
             Kirkland, WA  98083-0788
13703590     E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2018 01:59:01
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                              TOTAL: 13


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr*         +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
13674390*   +Clara M. Keer,   921 Haldeman Rd,   Schwenksville, PA 19473-2106
13674399*   +Timothy John Keer,   921 Haldeman Rd,   Schwenksville, PA 19473-2106
                                                                     TOTALS: 0, * 4, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Aug 22, 2018
                              Form ID: pdf900          Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
          JOHN L. MCCLAIN   on behalf of Joint Debtor Clara M. Keer aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN   on behalf of Debtor Timothy John Keer aaamcclain@aol.com,  edpabankcourt@aol.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TIMOTHY JOHN KEER                                    Chapter 13
CLARA M. KEER

                              Debtor              Bankruptcy No. 16-10933-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

**Date: August 22, 2018**        _____
                                            Eric L. Frank
                                            Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
TIMOTHY JOHN KEER
CLARA M. KEER
921 Haldeman Rd

Schwenksville, PA 19473